


**DISTRICT ATTORNEY
QUEENS COUNTY**
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415-1568
(718) 286-6000

RICHARD A. BROWN
DISTRICT ATTORNEY

October 3, 2005

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Fax & Hand Delivery

Re: *Butler v. Cunningham*
CV 05 3334 (FB)
Queens Co. Ind. No. 10220/02

*The request to oppose this petition by 12/5/05 is granted. S/O ordered. 10/5/05*

Dear Judge Block:

    I am writing to request an extension of time of approximately sixty days to file the respondent's return in the above-referenced *habeas corpus* proceeding. This Court's Order to Show Cause directed the respondent in this case to answer by October 3, 2005.

    Unfortunately, because of the press of other work, I will be unable to meet that deadline. Consequently, I am requesting an extension of time of two months, until December 3, 2005, in which to file the respondent's return. I apologize for any inconvenience, and thank you for your consideration.

Respectfully,

Michael Tarbutton
Assistant District Attorney
(718) 286-5956

cc: Hasoun Butler
03 A 0492
99 Prison Road
P.O. box 1000
Woodbourne Correctional Facility
Woodbourne, New York 12788